IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EYE SAFETY SYSTEMS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>SHENZHEN VAKIND TECHNOLOGY CO., LTD,<br><br>    Defendant. | Case No. 19-cv-00098<br><br>**Judge Gary Feinerman**<br><br>**Magistrate Judge Sidney I. Schenkier** |

### PLAINTIFF'S MOTION FOR ENTRY OF AN ORDER DIRECTING SERVICE OF PROCESS ABROAD PURSUANT TO FED. R. CIV. P. 4(f)(3)

Plaintiff Eye Safety Systems, Inc. ("ESS" or "Plaintiff") seeks entry of an order directing service of process abroad pursuant to Fed. R. Civ. P. 4(f)(3). A Memorandum of Law in Support is filed concurrently with this Motion.

Dated this 14th day of January 2019.

    Respectfully submitted,

    /s/ Justin R. Gaudio
    Amy C. Ziegler
    Justin R. Gaudio
    Allyson M. Martin
    Greer, Burns & Crain, Ltd.
    300 South Wacker Drive, Suite 2500
    Chicago, Illinois 60606
    312.360.0080 / 312.360.9315 (facsimile)
    aziegler@gbc.law
    jgaudio@gbc.law
    amartin@gbc.law

    *Counsel for Plaintiff Eye Safety Systems, Inc.*