**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| EYE SAFETY SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SHENZHEN VAKIND TECHNOLOGY CO., LTD, <br><br> Defendant. | Case No. 19-cv-00098 <br><br> **Judge Gary Feinerman** <br><br> **Magistrate Judge Sidney I. Schenkier** |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Thursday, January 17, 2019, at 9:00 a.m., Plaintiff, by its counsel, shall appear before the Honorable Judge Gary Feinerman in Courtroom 2125 at the U.S. District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and then and there present Plaintiff's Motion for Entry of an Order Directing Service of Process Abroad Pursuant to Fed. R. Civ. P. 4(f)(3).

Dated this 14th day of January 2019.    Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Allyson M. Martin
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law

*Counsel for Plaintiff Eye Safety Systems, Inc.*